JS-6

NOTE: CHANGES HAVE BEEN MADE TO THIS DOCUMENT

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD POWELL,<br><br>    Plaintiff,<br><br>    v.<br><br>LUONG VU d/b/a EDDIE'S JUNIOR MARKET; and DOES 1 through 10, inclusive,<br><br>    Defendants. | **Case No. 2:18-cv-06972-AB (SSx)**<br>**Hon. Andre Birotte Jr.**<br><br>**ORDER GRANTING STIPULATION FOR DISMISSAL OF THE ENTIRE ACTION** |

ORDER

Based on the stipulation of the parties and for good cause shown:

IT IS HEREBY ORDERED that the entire action be dismissed with prejudice and both sides to bear their own fees and costs. The Court vacates all pending case management dates in this case.

SO ORDERED.

DATED: December 30, 2019

_____
Honorable André Birotte, Jr.
United States District Judge